IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON JACKSON, | No. C 09-1785 CW (PR) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PROVIDE INFORMATION NECESSARY TO SERVE DEFENDANT V. KELLY |
| v. | |
| B. SULLIVAN, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. The Court issued an Order of Service and mailed a Notice of Lawsuit, a Request for Waiver of Service of Summons as well as the complaint to each Defendant.

On April 20, 2012, the Litigation Coordinator at San Quentin State Prison informed the Court that Defendant V. Kelly has retired and the Litigation Coordinator cannot accept service on his behalf. Docket no. 16.

As Plaintiff is proceeding in forma pauperis (IFP), he is responsible for providing the Court with current addresses for all Defendants so that service can be accomplished. See Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994).

Pursuant to Fed. R. Civ. P. 4(m), if a complaint is not served within 120 days from the filing of the complaint, it may be dismissed without prejudice for failure of service. When advised of a problem accomplishing service, a pro se litigant proceeding IFP must "attempt to remedy any apparent defects of which [he] has knowledge." Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987).
//

Accordingly, IT IS HEREBY ORDERED THAT, no later than <u>thirty days</u> from the date of this Order, Plaintiff must provide the Court with a current address for Defendant Kelly.  If he fails to do so, all claims against Defendant Kelly will be dismissed without prejudice.  If Plaintiff does provide the requisite information, a second attempt at serving Kelly will be made.  If that attempt fails, all claims against Defendant Kelly will be dismissed without prejudice.

IT IS SO ORDERED.

Dated: 5/25/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2