**United States District Court**
**For the Northern District of California**

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4  JONATHON JACKSON,                    No. C 09-1785 CW (PR)

5            Plaintiff,                 ORDER DIRECTING PLAINTIFF TO
                                        PROVIDE INFORMATION NECESSARY
6     v.                                TO SERVE DEFENDANT V. KELLY

7  B. SULLIVAN, et al.,

8            Defendants.
   _____/

9

10        Plaintiff, a state prisoner, filed the present pro se prisoner

11   complaint under 42 U.S.C. § 1983.  The Court issued an Order of

12   Service and mailed a Notice of Lawsuit, a Request for Waiver of

13   Service of Summons as well as the complaint to each Defendant.

        On April 20, 2012, the Litigation Coordinator at San Quentin
14
   State Prison informed the Court that Defendant V. Kelly has retired
15
   and the Litigation Coordinator cannot accept service on his behalf.
16
   Docket no. 16.
17
        As Plaintiff is proceeding in forma pauperis (IFP), he is
18
   responsible for providing the Court with current addresses for all
19
   Defendants so that service can be accomplished.  See Walker v.
20
   Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994).
21
        Pursuant to Fed. R. Civ. P. 4(m), if a complaint is not served
22
   within 120 days from the filing of the complaint, it may be
23
   dismissed without prejudice for failure of service.  When advised
24
   of a problem accomplishing service, a pro se litigant proceeding
25
   IFP must "attempt to remedy any apparent defects of which [he] has
26
   knowledge."  Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987).
27
   //
28

**United States District Court**
For the Northern District of California

1     Accordingly, IT IS HEREBY ORDERED THAT, no later than <u>thirty</u>

2  <u>days</u> from the date of this Order, Plaintiff must provide the Court

3  with a current address for Defendant Kelly.  If he fails to do so,

4  all claims against Defendant Kelly will be dismissed without

5  prejudice.  If Plaintiff does provide the requisite information, a

6  second attempt at serving Kelly will be made.  If that attempt

7  fails, all claims against Defendant Kelly will be dismissed without

8  prejudice.

9     IT IS SO ORDERED.

10

Dated: 5/25/2012

11                                    CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2