IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN JACKSON,                    No. C 09-1785 CW (PR)

    Plaintiff,                  JUDGMENT

  v.

B. SULLIVAN, et al.

    Defendants.
_____/

    For the reasons discussed in the Court's Order granting Defendants' motion for judgment on the pleadings, judgment is hereby entered in favor of all Defendants and against Plaintiff. All parties shall bear their own costs.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 1/24/2013

CLAUDIA WILKEN
United States District Judge